# Order

Michigan Supreme Court
Lansing, Michigan

June 24, 2014

Robert P. Young, Jr.,
Chief Justice

148506

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

MARY RUTH CLARK,
        Petitioner-Appellant,

v

SWARTZ CREEK COMMUNITY SCHOOLS
BOARD OF EDUCATION,
        Respondent-Appellee.

SC: 148506
COA: 310115
State Tenure Comm:
     08-000062

_____/

On order of the Court, the application for leave to appeal the December 3, 2013 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 24, 2014



t0616

Clerk